# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160245-6

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAYMOND GUZALL, III, and
RAYMOND GUZALL, III, PC,
        Plaintiffs-Appellants,

v

                                        SC: 160245-6
                                        COA: 344507, 345190

BARRY A. SEIFMAN and BARRY A.
SEIFMAN, PC,
        Defendants-Appellees.
                                        Wayne CC: 18-000343-CB

_____/

       On order of the Court, the application for leave to appeal the August 8, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



b0518

                                        Clerk